IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON A. RENTERIA,<br><br>      Petitioner,<br><br>    vs.<br><br>B. CURRY, Warden,<br><br>      Respondent. | No. C 07-0133 JSW (PR)<br><br>**TRANSFER ORDER**<br><br>(Docket Nos. 2, 3) |

Petitioner, a prisoner incarcerated at the Correctional Training Facility in Soledad, California, has filed a petition for a writ of habeas corpus seeking review of his criminal conviction from Kern County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(b). Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Eastern District of California. In light of the transfer, the Court will not resolve the pending motions (docket nos. 2, 3).

IT IS SO ORDERED.

DATED: January 22, 2007

                                                                   */s/ Jeffrey S. White*<br>
                                                                  JEFFREY S. WHITE<br>
                                                                United States District Judge